**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CASE No**. 1:25-cv-05476-DEH-KHP**

**YESENIA ZUNO,**
*individually and on behalf*
*of all others similarly situated,*

     Plaintiff,

vs.

**AMOREPACIFIC US, INC.**
**D/B/A INNISFREE,**
     Defendant(s).

_____/

## <u>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>

Plaintiff Yesenia Zuno, by and through undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby files this Notice of Voluntary Dismissal *without* Prejudice in the above styled action.  Defendant Amorepacific US Inc, has not filed an answer or motion for summary judgment.

     DATED: August 13, 2025

                                Respectfully Submitted,

                         /s/ Zane Hedaya                                    .
                         **ZANE C. HEDAYA, ESQ.**
                         New York Bar No.: 6135339
                         E-mail: zane@jibraellaw.com
                         The Law Offices of Jibrael S. Hindi
                         1515 NE 26th St
                         Wilton Manors, FL 33305
                         Phone: (813) 340-8838

                         *COUNSEL FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 13, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

Respectfully Submitted,

/s/ Zane Hedaya                          .
**ZANE C. HEDAYA, ESQ.**
New York Bar No.: 6135339
E-mail: zane@jibraellaw.com