**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
YESENIA ZUNO,

                              Plaintiff,

              -against-

AMOREPACIFIC US, INC.,

                              Defendant.
-----------------------------------------------------------------X

25-CV-5476 (DEH) (KHP)

**ORDER ADJOURNING INITIAL CASE MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of the Notice of Voluntary Dismissal filed on August 13, 2025 (doc. no 9) the Initial Case Management Conference currently scheduled for **September 25, 2025** is hereby adjourned *sine die*.

      **SO ORDERED.**

DATED:    New York, New York
              August 14, 2025

_____
KATHARINE H. PARKER
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/14/2025