**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CASE No**. 1:25-cv-05476-DEH-KHP**

**YESENIA ZUNO,**
*individually and on behalf*
*of all others similarly situated,*

      Plaintiff,

vs.

**AMOREPACIFIC US, INC.**
**D/B/A INNISFREE,**
      Defendant(s).

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Yesenia Zuno, by and through undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby files this Notice of Voluntary Dismissal *without* Prejudice in the above styled action.  Defendant Amorepacific US Inc, has not filed an answer or motion for summary judgment.

      DATED: August 13, 2025

                      Respectfully Submitted,

                      /s/ Zane Hedaya           .
                      **ZANE C. HEDAYA, ESQ.**
                      New York Bar No.: 6135339
                      E-mail: zane@jibraellaw.com
                      The Law Offices of Jibrael S. Hindi
                      1515 NE 26th St
                      Wilton Manors, FL 33305
                      Phone: (813) 340-8838

                      *COUNSEL FOR PLAINTIFF*

SO ORDERED.  The Clerk of Court is respectfully directed to terminate this case.

Dated: August 14, 2025
New York, New York

Dale E. Ho
United States District Judge

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on August 13, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

Respectfully Submitted,

 /s/ Zane Hedaya                              .
**ZANE C. HEDAYA, ESQ.**
New York Bar No.: 6135339
E-mail: zane@jibraellaw.com